1

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    HOANG TROUNG,                                No.  2:14-cv-1590-EFB P

11              Plaintiff,

12         v.                                      ORDER

13    JEFF MACOMBER,

14              Defendant.

15

16         Plaintiff is a prisoner proceeding pro se with this civil rights action under 42 U.S.C.

17    § 1983.[1]  His action was dismissed without prejudice on June 2, 2015, due to his failure to

18    comply with the court's April 28, 2015 order.  ECF No. 8.  Judgment was entered on the same

19    day.  ECF No. 9.  Thereafter, plaintiff requested an extension of time to comply with the April 28

20    order, stating that he had not received it until May 12, 2015.  ECF No. 10.  On June 19, 2015,

21    plaintiff filed a timely motion for relief from judgment.  ECF No. 12.  His motion indicates that

22    he did not receive the April 28 order until May 12, and that within thirty days of receiving the

23    order, he moved for an extension of time.  Under these circumstances, the court finds that there is

24    good cause for granting relief from judgment under Rule 60(b) of the Federal Rules of Civil

25    Procedure.

26

27         [1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.
      § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* E.D. Cal. Local
28    Rules, Appx. A, at (k)(4).

                                                 1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's motion for relief from judgment (ECF Nos. 12, 13) is granted;

3        2.  This court's June 2, 2015 order and the judgment entered thereon (ECF Nos. 8, 9) are

4            vacated;

5        3.  Plaintiff shall, within thirty days of the date of this order, file an amended complaint as

6            instructed in the April 28, 2015 order.  Failure to comply with this order may result in

7            dismissal of this action.

8    Dated:  September 23, 2015.

9                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2